**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| COUNTY OF ANGELINA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION: 19-cv-3590 |
| | § | |
| PURDUE PHARMA L.P., et al., | § | |
| | § | |
| Defendants | § | |

**DEFENDANT MCKESSON CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant McKesson Corporation ("McKesson") submits this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

McKesson is a publicly traded corporation. It has no parent corporations and no publicly held corporation owns 10% or more of McKesson stock.

Other than the above-described entities and the other parties to the litigation, McKesson is not currently aware of any other individuals or entities that are financially interested in the outcome of this litigation.

897909.1

Respectfully submitted,

*/s/   Craig Smyser*

Craig Smyser
Texas Bar No. 18777575
Fed. Bar No. 848
csmyser@skv.com
Tyler G. Doyle
Texas Bar No. 24072075
Fed. Bar No. 1373873
tydoyle@skv.com
David Isaak
Texas Bar No. 24012887
Fed. Bar No. 26694
disaak@skv.com
Razvan Ungureanu
Texas Bar No. 24085630
Fed. Bar No. 2006928
razvan@skv.com
Kristin Adler
Texas Bar No. 793233
Fed. Bar No. 21273
kadler@skv.com
Michelle S. Stratton
Texas Bar No. 24085606
Fed. Bar No. 2592215
mstratton@skv.com
Crystal Robles
Texas Bar No. 24083754
Fed. Bar No. 2070295
crobles@skv.com
SMYSER KAPLAN & VESELKA L.L.P.
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Phone:  713-221-2300
Fax:  713-221-2320

*Counsel for Defendant McKesson Corporation*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 23, 2019, a true and correct copy of the above and foregoing was forwarded to all counsel of record via email.

*County of Angelina:*
jsimon@sgptrial.com.com; acarter@sgptrial.com; pdhendersonlaw@aol.com;
ddies@dieslaw.com; sparkhurst@dieslaw.com

*Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Allergan Sales, LLC; and Allergan USA Inc.*
wh@wsfirm.com; jennifer.levy@kirkland.com; donna.welch@kirkland.com;
rothm@kirkland.com; tknapp@kirkland.com; zac.ciullo@kirkland.com; andrea@wsfirm.com

*AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation*
SMcClure@ReedSmith.com; SPerry@ReedSmith.com; MBernick@ReedSmith.com;
RBuchhorn@reedsmith.com; ARollins@ReedSmith.com; SRocchino@reedsmith.com;
NHlawatsch@reedsmith.com; LSchack@ReedSmith.com; melissa@gillamsmithlaw.com;
james@litzlerlaw.com; AEMCH@jacksonkelly.com

*Cardinal Health, Inc.*
mmengis@bakerlaw.com; mraley@bakerlaw.com; emainigi@wc.com; lheard@wc.com;
spyser@wc.com; ahardin@wc.com; EPistilli@wc.com

*Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*
John.Lombardo@arnoldporter.com; Sean.Morris@arnoldporter.com;
hannah.sibiski@arnoldporter.com; Andrew.Bergman@arnoldporter.com

*Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*
smcconnico@scottdoug.com; agriffin@scottdoug.com; jcardelus@omm.com;
kklorfein@omm.com; jzarrow@omm.com; clifland@omm.com; sbrody@omm.com;
acollins@scottdoug.com; agoldberg@scottdoug.com; jellis@scottdoug.com

*Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company Inc. d/b/a The Purdue Frederick Company; Purdue Pharmaceuticals L.P.; Purdue Pharma Manufacturing L.P;, and Purdue Transdermal Technologies L.P.*
noelle.reed@skadden.com; Alston.L.walker@skadden.com; Sara.Roitman@dechert.com;
Mark.Cheffo@dechert.com; Hayden.Coleman@dechert.com; Daniel.mayerfeld@skadden.com;
Lindsey.Cohan@dechert.com; whitney.wester@skadden.com; chris.halbohn@skadden.com

*CVS Health Corporation*
david.weinstein@wtllaw.com; matthew.coveler@wtllaw.com; amanda.catalani@wtllaw.com

*Walgreen Co., Walgreens Boots Alliance, Inc., Individually and as Successor-in-Interest to Walgreen Co.*

897909.1

joel.simon@trialattomeytx.com; steve.femelius@trialattomeytx.com

*Wal-Mart Inc. f/k/a Walmart Stores, Inc.*
ldurfee@jonesday.com; cjlovrien@jonesday.com; sgconway@jonesday.com

/s/   *Craig Smyser*
Craig Smyser

897909.1