**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
–Houston Division–**

| | |
|---|---|
| COUNTY OF ANGELINA,<br><br>*Plaintiff*<br><br>–v–<br><br>ALLERGAN PLC, *et al.*,<br><br>*Defendants.* | Case No. 4:19–cv–03590<br><br>The Honorable Kenneth M. Hoyt |

**MOTION BY CVS HEALTH CORPORATION AND MCKESSON CORPORATION FOR A TEMPORARY STAY PENDING LIKELY TRANSFER TO MULTIDISTRICT LITIGATION**

Defendants CVS Health Corporation ("CVS") and McKesson Corporation ("McKesson") move for a temporary stay of these proceedings until the Judicial Panel on Multidistrict Litigation renders a final decision on whether to transfer this case to the Multidistrict Litigation pending before the Honorable Dan Aaron Polster of the United States District Court for the Northern District of Ohio, *In Re: National Prescription Opiate Litig.*, 1:17-md-2804 ("Opiate MDL").

**Certificate of Conference**

Counsel for the parties discussed this motion by telephone and counsel for Plaintiff indicated that they oppose the motion.

Dated:   October 29, 2019              Respectfully submitted,

*/s/ Mark E. Torian*
Mark E. Torian
(Tx. Bar No. 24028051)
Attorney In Charge

1

7004599.1

BRADLEY ARANT BOULT CUMMINGS LLP
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 939-8700
(214) 939-8787 (fax)
mtorian@bradley.com

Conor B. O'Croinin
ZUCKERMAN SPAEDER LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 949-1160
cocroinin@zuckerman.com

**ATTORNEYS FOR DEFENDANT
CVS HEALTH CORPORATION**

7004599.1

*/s/ Craig Smyser*
Craig Smyser
Texas Bar No. 18777575
Fed. Bar No. 848
csmyser@skv.com
Tyler G. Doyle
Texas Bar No. 24072075
Fed. Bar No. 1373873
tydoyle@skv.com
David Isaak
Texas Bar No. 24012887
Fed. Bar No. 26694
disaak@skv.com
Razvan Ungureanu
Texas Bar No. 24085630
Fed. Bar No. 2006928
razvan@skv.com
Kristin Adler
Texas Bar No. 793233
Fed. Bar No. 21273
kadler@skv.com
Michelle S. Stratton
Texas Bar No. 24085606
Fed. Bar No. 2592215
mstratton@skv.com
Crystal Robles
Texas Bar No. 24083754
Fed. Bar No. 2070295
crobles@skv.com
SMYSER KAPLAN &VESELKA L.L.P.
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Phone: 713-221-2300
Fax: 713-221-2320

**ATTORNEYS FOR DEFENDANT MCKESSON CORPORATION**

**Certificate of Service**

In accordance with Local Rule 5.3, I certify that this motion was served on all parties via the Court's CM/ECF system.

*/s/ Mark E. Torian*
Mark E. Torian

7004599.1