United States District Court
Southern District of Texas
**ENTERED**
October 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUNTY OF ANGELINA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-03590 |
| § | |
| ALLERGAN PLC f/k/a ACTAVIS PLC § | |
| and § | |
| AMERISOURCEBERGEN CORPORATION § | |
| and § | |
| CARDINAL HEALTH, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER FOR EXPEDITED RESPONSE

Pending before the Court is the motion by CVS Health Corporation and McKesson Corporation for a temporary stay pending likely transfer to Multidistrict Litigation. (Dkt. No. 6). In light of the Scheduling Order in place in this civil action, an expedited response is requested, but not required. Upon receipt of notice that an expedited response has been filed, any opposing party who aspires to reply is hereby advised to file any reply thereto within 5 days of the date of filing of any expedited response. Your attention in this regard is requested and appreciated. The response is due no later than November 11, 2019.

It is so ORDERED.

SIGNED on this 30th day of October, 2019.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1