United States District Court
Southern District of Texas
**ENTERED**
December 04, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COUNTY OF ANGELINA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-03590 |
| § | |
| ALLERGAN PLC, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is the Motion by CVS Health Corporation ("CVS") and McKesson Corporation ("McKesson") for a Temporary Stay Pending Likely Transfer to Multidistrict Litigation (Dkt. No. 6). The Court GRANTS the motion for a Temporary Stay Pending Likely Transfer to Multidistrict Litigation.

It is, hereby ORDERED that the Motion for Temporary Stay is GRANTED until the Judicial Panel on Multidistrict Litigation issues a decision on whether to transfer this action to the Opiate Multidistrict Litigation pending in the Northern District of Ohio, In Re: Nat'l Prescription Opiate Litig., No. 1:17-md-02804 (Polster, J.). Hence, the motion to remand (Dkt. No. 5) is Denied.

It is so ORDERED.

SIGNED on this 2nd day of December, 2019.

_____
Kenneth M. Hoyt
United States District Judge